30 A.3d 1104

**Julius W. DODSON, Petitioner**

v.

**Montgomery County District Court Administrator Michael R. KEHS, Montgomery County Clerk of Courts Ann Thornburg Weiss, Respondents.**

Supreme Court of Pennsylvania.

Nov. 1, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of November, 2011, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Commonwealth Court is **REVERSED** and the matter is **REMANDED** to the Commonwealth Court for a determination of the merits. *See Richardson v. Peters et. al.,* 610 Pa. 365, 19 A.3d 1047 (2011).